No. 80–846.   ROSE, WARDEN v. LUNDY.   C. A. 6th Cir. [Certiorari granted, 450 U. S. 910.]   Motion of William M. Leech, Jr., Attorney General of Tennessee, to permit John C. Zimmermann, Esquire, to present oral argument *pro hac vice* granted.

No. 80–1575.   CRAIG ET AL. v. BICKEL ET AL.   Appeal from Sup. Ct. Mich.   Motion of appellants to expedite consideration of the appeal denied.

No. 80–1777.   DAVID ORGELL, INC. v. JOSIAH WEDGWOOD & SONS, INC., ET AL.   C. A. 9th Cir.; and

No. 80–1829.   AUSTIN, STATE ATTORNEY, FOURTH JUDICIAL CIRCUIT OF FLORIDA, ET AL. v. ROBERTS ET AL.   C. A. 5th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 80–6439.   IN RE MCCRARY.   Petition for writ of mandamus denied.

No. 80–1240.   FRANZEN, CORRECTIONS DIRECTOR v. WILLIAMS ET AL.   C. A. 7th Cir.   Motion of respondents for leave to proceed *in forma pauperis* granted.   Certiorari granted limited to Question 1 presented by the petition.

No. 80–1254.   MICHIGAN v. SMITH.   Ct. App. Mich.   Certiorari denied.

No. 80–1379.   LOUISIANA DEPARTMENT OF LABOR, OFFICE OF EMPLOYMENT SECURITY v. ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS ET AL.   Ct. App. La., 1st Cir.   Certiorari denied.